# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE MICHIGAN STATEWIDE CARPENTERS AND MILLWRIGHTS JOINT APPRENTICESHIP AND TRAINING FUND; TRUSTEES OF THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS STEWARD FUND; TRUSTEES OF THE MRCC INDUSTRY ADVANCEMENT FUND; TRUSTEES OF THE CARPENTERS' WORKING DUES FUND; TRUSTEES OF THE CARPENTERS' GUARANTY FUND; TRUSTEES OF THE UBC FUND; THE TRUSTEES OF THE CARPENTERS' BUILDING FUND; THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, | Case No. 24-cv-10379<br><br>Hon. Laurie J. Michelson<br><br>Mag. Kimberly G. Altman |

    Plaintiffs,

-v-

MANIC CONSTRUCTION LLC, a
Michigan limited liability company,
and NATHAN LICAVOLI, an
individual, jointly and severally,

      Defendants.

## ORDER EXTENDING SCHEDULING ORDER DATES

The parties, through their respective counsel, stipulate and agree to entry of the order to extend Scheduling Order deadlines.

IT IS THEREFORE ORDERED that the Scheduling Order is amended as follows:

| | |
|---|---|
| Fact Discovery Completed | March 10, 2025 |
| Expert Discovery Completed | April 17, 2025 |
| Dispositive Motions Filed | May 19, 2025 |
| Challenges to Experts | May 19, 2025 |
| Motions *in Limine* | TBD |
| Pretrial DISCLOSURES UNDER Rule 26(a)(3)(A)(i)-(iv) | Per Rule 26(a)(3)(B) |
| Joint Proposed Final Pretrial Order | TBD |

| Final Pretrial Conference | TBD |
|---|---|
| Estimated Length of Trial | 1 week |

SO ORDERED.

Dated: December 30, 2024    /s/Laurie J. Michelson_____
                            Laurie J. Michelson
                            UNITED STATES DISTRICT COURT JUDGE